UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMANUEL RODRIGUES<br><br>*Petitioner,*<br><br>v.<br><br>TODD LYONS, *et al.,*<br><br>*Respondents.* | HON. JULIEN XAVIER NEALS<br><br>Civil Action No. 26-01781<br><br>**ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW** |

THIS MATTER is before the Court on Respondents' Motion to Seal Exhibit D (ECF No. 7) to their Response to Petition for Writ of Habeas (ECF No. 6) which responded to Petitioner's claims that he was being refused crutches and provided relevant medical records in response to the Court's Order to Answer; and the Court having made the following findings of fact and conclusions of law pursuant to Local Civil Rule 5.3(c); and for good cause having been shown:

1.      The Court finds that Exhibit D (ECF No. 7) to Respondent's Response to Petition for Writ of Habeas (ECF No. 6) includes Petitioner's private medical records.

2.      The Court finds that it is necessary for Respondents to submit medical records in order to address the Court's February 24, 2026 Order to Answer and the issues raised in this case. *See* ECF Nos. 1, 3.

3.      The Court finds that the records at issue contain confidential and sensitive information under Local Civil Rule 5.2(17).

4.      The Court finds that disclosure of this information to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure

1

of confidential and private information and could injure the Petitioner's and Respondents' mutual interest in keeping such information confidential and private.

5. The Court finds that, because the records at issue are relevant to issues raised in the petition, a less restrictive alternative to sealing the records is not available.

6. Respondents seek to seal Exhibit D (ECF No. 7). Petitioner's counsel consents to the sealing request.

7. Accordingly, the Court finds that good cause exists to seal the records at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and Local Civil Rule 5.3(c). The Court therefore permits the Clerk of the Court to maintain the documents at Exhibit D (ECF No. 7) under seal.

Dated: 3/25/2026

_____
HON. JULIEN XAVIER NEALS
United States District Judge